**FILED**



3:28 pm, 3/29/22

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.

PAUL D. McCOWN

Defendant.

Case Number:   22-CR-23-SWS

Date 3/29/2022    Time 2:04 - 2:49 p.m.    Before the Honorable    Scott W. Skavdahl

☐ Indictment   ☑ Information   ☐ Complaint   ☑ Arraignment   ☐ Rule 5

☑ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☑ Other   Waiver of Indictment/Guilty Plea

Offense: 18 U.S.C. § 1343 (Wire Fraud) (1-7)

| Kim Blonigen | Megan Strawn | Laura M. Harris |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |

| Christyne Marie Martens | | |
|---|---|---|
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Jason Tangeman

☐ FPD   ☐ PANEL-CJA   ☑ RETAINED   ☐ WAIVED

**Initial appearance**    Date  3/29/2022

(Comments)  Defendant advised of rights, charges and potential penalties.

MAGISTRATE CRIMINAL PROCEEDING SHEET

☐ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____ Time _____ Judge _____

☐ Preliminary hearing set for:  Date _____ Time _____
Judge _____ in

☐ Revocation hearing set for:  Date _____ Time _____
Judge _____ in

☐ Detention hearing set for:
Date _____ Time _____ Judge _____

☐ Removal hearing set for:
Date _____ Time _____ Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____

**Arraignment**

- ☑ Defendant waives indictment
- ☐ Defendant waives reading of indictment
- ☑ Information filed by Government
- ☐ Superseding indictment/information filed by Government
- ☐ Indictment
- ☐ Complaint

**Defendant enters a plea of**

- ☐ Not guilty to count(s) _____ of an _____
- ☑ Guilty to count(s) 1-7 of an Information

**Guilty Plea**

- ☑ Court is satisfied there is factual basis for a plea of guilty
- ☑ Defendant referred to probation for presentence investigation
- ☑ Defendant advised on consequence of a plea of guilty
- ☑ Plea agreement filed
- ☑ Sentencing set for 06/17/2022 at 1:00 p.m.
  Before Honorable Scott W. Skavdahl in Casper Courtroom 2
- ☑ Plea conditionally accepted
- ☑ Other   Defendant released on $10,000 unsecured bond.