Christyne M. Martens
Wyoming State Bar No. 7-5044
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
christyne.martens@usdoj.gov



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL MCCOWN,<br><br>Defendant. | Case No. 22-CR-23-S |

## WAIVER OF INDICTMENT

I, Paul McCown, the above-named Defendant, who is accused of Wire Fraud, being advised of the nature of the charge, the proposed Information, and of my rights, do hereby waive in open court on **March 29, 2022,** prosecution by Indictment and consent that further proceedings may proceed by Information rather than by Indictment.

_____
Paul McCown
Defendant

_____
Jason Tangeman
Attorney for Defendant

Before:

_____
United States District Court Judge