

**FILED**
*3:48 pm, 7/11/22*
**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING
## CRIMINAL MINUTE SHEET
### SENTENCING

Date: July 11, 2022                                  Before the Honorable: Scott W. Skavdahl

Time: 1:34-2:49/2:58 -5:07 p.m.                      Interpreter:

Case No: 22-CR-23-SWS                                Interpreter Phone:

☐ Non-Public Document

_____ UNITED STATES OF AMERICA _____ VS _____ PAUL D. McCOWN _____

| Kim Blonigen | Megan Strawn | Laura M. Harris | N/A |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**                     Government: Christyne Martens

☐ CJA   ☐ FPD   ☑ RET   ☐ WAIVED   Defendant: Jason Tangeman

Other: _____

☑ Defendant acknowledges having read the presentence report
☐ Objections to presentence report

☑ Witness(es)   Mary Kuan
☑ Exhibits received by Court   Government's Sentencing Exhibit 1

**SENTENCING INFORMATION**

☑ Defendant is committed to custody

   For a period of   63   Months   as to Count(s)   1-7

   ☑ Sentence shall be served   concurrent   to   Counts 1-7
   ☐ Defendant is sentenced to time served
      ☐ Plus up to ten (10) days to allow for deportation proceedings
☑ Upon release from custody, the defendant shall be on **supervised release**

   For a period of   3   Years   as to Count(s)   1-7

☑ Supervised Release shall be served    concurrent    to    Counts 1-7

☐ Defendant to be deported upon release from confinement

☐ Defendant is placed on **probation** for a period of _____

## CONDITIONS OF PROBATION/SUPERVISED RELEASE

☑ Obey all laws, Federal, State & Local          ☑ Report to Probation w/in 72 hours of release
☑ Abide by the standard conditions of supervision   ☑ Provide complete financial disclosure as directed
☐ Home confinement for a period of _____    ☐ Electronic monitoring as directed by Probation
☑ Not use or possess firearms/ammunitions/explosives  ☐ Not use or possess controlled substances/drugs
☐ Not purchase, use or possess alcohol/intoxicants; frequent   ☑ Not open new lines of credit or incur new debt
   places where alcohol is bought, sold or dispensed   ☐ Submit to additional drug/alcohol testing and treatment
☐ Submit to mandatory drug testing (w/in 15 days of release)  ☑ Mandatory drug testing is waived
☐ Notify Probation of change in economic circumstance  ☐ DNA collection
☐ Notify employers of conviction     ☑ Cognitive/Behavioral Treatment
☐ Standard Sex Offender Conditions Apply    ☑ Submit to search as conducted by US Probation Officer
☐ Mental Health evaluation and follow through
☑ Other (continued from conditions of Probation/Supervised Release)

See Judgment for complete list of conditions.

## MONETARY IMPOSITIONS

☑ Defendant shall pay **special assessment(s)** in the amount of   $100.00   as to Count(s)   1-7

For a total of:   $700.00

☑ Special assessment is due and payable immediately

☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid
   shall be paid during the term of supervision but no later than  60 days
   prior to the expiration of supervision

☑ Special assessment shall be paid in monthly installments of at least  10% of gross monthly income
during the term of supervision

☐ Special assessment remitted upon deportation of the defendant

☐ Other _____

☐ Defendant shall make **restitution** in the amount of _____    as to Count(s)   1

For a **total** of: _____

☑ Restitution is due and payable immediately

☑ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall
   be paid during the term of the supervision but no later than   60 days   prior to the expiration of supervision

☑ Restitution shall be paid in monthly installments of at least

CRIMINAL SENTENCING MINUTE SHEET                    22-CR-23-SWS

Page 2 of 3

10% of gross monthly income during the term of supervision

☐ Restitution shall be paid jointly and severally with _____ during the term of supervision

☒ Other   Restitution ordered in this case shall be reduced by any amounts received or collected by Ria R Squared in Civil Action No. 21-CV-125-S. In light of the various contributions that have been made by third parties or obtained from third parties, Counsel to confer and submit to the Court the restitution number by July 29th.  The Court ordered that $60,000 of the amount being deposited today be distributed to the victim J.T. as set forth in the presentence report.

☐ Interest requirement for fine/restitution/special assessment is waived

## INMATE DETENTION STATUS

☐ Defendant is **remanded** to custody of US Marshal
☐ Defendant shall **surrender** to _____ USMS on/before _____ at _____
☐ Defendant shall **surrender** to designated prison on/before _____ at _____
☒ Defendant shall report to institution as directed by Probation
☐ Court **recommends placement** at _____
☐ Court recommends defendant participate in the prison industries program
☒ Court recommends defendant participate in Bureau of Prison's 500-hour Residential Drug Treatment Program
☐ Court recommends defendant participate in substance abuse treatment while incarcerated
☐ Court recommends ICE shall begin deportation proceeding during the service of this sentence
☐ Defendant advised of right to appeal     ☒ Defendant waives right to appeal
☐ Defendant shall forfeit the following property _____
☐ Count(s) ____ of the Indictment **dismissed** on the motion of the United States
☐ Other _____

## MISCELLANEOUS

The Court took judicial notices of all filings, pleadings, orders entered and part of Civil Action 21-CV-125-S.

CRIMINAL SENTENCING MINUTE SHEET                                22-CR-23-SWS