| | |
|---|---|
| Loan wire date | 5/11/2021 |
| Loan Amount | 14,700,000 |
| **Opportunity Cost** | |
| % invested in CLO | 59% |
| Unlevered CLO Amt | 8,673,000 |
| Leverage Ratio | 5.5 |
| Leverage $ Amt | 39,112,124 |
| Total CLO Investment | 47,785,124 |

**Asset - CLO**

| Begin | End | 3m LIBOR | Spread | Coupon | Interest |
|---|---|---|---|---|---|
| 5/11/2021 | 8/11/2021 | 0.16% | 2.92% | 3.08% | 367,975 |
| 8/11/2021 | 11/11/2021 | 0.12% | 2.92% | 3.04% | 363,316 |
| 11/11/2021 | 2/11/2022 | 0.16% | 2.92% | 3.08% | 367,468 |
| 2/11/2022 | 5/11/2022 | 0.51% | 2.92% | 3.43% | 409,331 |
| 5/11/2022 | 7/15/2022 | 1.33% | 2.92% | 4.25% | 367,104 |
| | | | | Interest Income | 1,875,194 |

**Liability - Leverage**

| Begin | End | 3m LIBOR | Spread | Coupon | Interest Exp |
|---|---|---|---|---|---|
| 5/11/2021 | 8/11/2021 | 0.16% | 0.80% | 0.96% | 93,894 |
| 8/11/2021 | 11/11/2021 | 0.12% | 0.80% | 0.92% | 90,080 |
| 11/11/2021 | 2/11/2022 | 0.16% | 0.80% | 0.96% | 93,478 |
| 2/11/2022 | 5/11/2022 | 0.51% | 0.80% | 1.31% | 127,743 |
| 5/11/2022 | 7/15/2022 | 1.33% | 0.80% | 2.13% | 208,747 |
| | | | | Interest Expense | 613,942 |

Foregone Net Interest Income    1,261,252  a

| | |
|---|---|
| Loan wire date | 5/11/2021 |
| Loan Amount | 14,700,000 |
| **Opportunity Cost** | |
| % invested in ABS | 40% |
| Unlevered ABS Amt | 5,880,000 |
| Leverage Ratio | 7.8 |
| Leverage $ Amt | 40,057,500 |
| Total ABS Investment | 45,937,500 |

**Asset - ABS**

| Begin | End | Wgt Avg Yield | Interest |
|---|---|---|---|
| 5/11/2021 | 8/11/2021 | 1.84% | 211,313 |
| 8/11/2021 | 11/11/2021 | 1.84% | 211,313 |
| 11/11/2021 | 2/11/2022 | 1.84% | 211,313 |
| 2/11/2022 | 5/11/2022 | 1.84% | 211,313 |
| 5/11/2022 | 7/15/2022 | 1.84% | 152,615 |
| | | Interest Income | 997,865 |

**Liability - Leverage**

| Begin | End | 3m LIBOR | Spread | Coupon | Interest Exp |
|---|---|---|---|---|---|
| 5/11/2021 | 8/11/2021 | 0.16% | 0.55% | 0.71% | 71,127 |
| 8/11/2021 | 11/11/2021 | 0.12% | 0.55% | 0.67% | 67,221 |
| 11/11/2021 | 2/11/2022 | 0.16% | 0.55% | 0.71% | 70,701 |
| 2/11/2022 | 5/11/2022 | 0.51% | 0.55% | 1.06% | 105,795 |
| 5/11/2022 | 7/15/2022 | 1.33% | 0.55% | 1.88% | 188,757 |
| | | | | Interest Expense | 503,602 |

Foregone Net Interest Income    494,263  b

**Opportunity Cost - High Yield Bonds**

| | |
|---|---|
| % invested in High Yield Bonds | 1% |
| Unlevered HY Amt | 147,000 |
| Leverage Ratio | 0.0 |
| Weighted Avg Yield | 3.69% |
| Interest Income | |
| 5/11/2021    7/15/2022 | 6,479 |

Forgone Net Interest Income    6,479  c

Total Foregone Net Interest Income    1,761,994  a+b+c

GOVERNMENT'S SENTENCING EXHIBIT 1

22-CR-23-S